Robert BURNS, Appellant,

v.

Clyde W. THORPE, by His Next Friend, Clyde C. Thorpe, Appellee.

Court of Appeals of Kentucky.

Oct. 29, 1954.

Rehearing Denied Feb. 25, 1955.

---

Robertson & Robertson, Owensboro, for appellant.

William F. Bennett, Owensboro, for appellee.

PER CURIAM.

This case is before us on motion for an appeal under KRS 21.080, and involves a judgment for $500 for personal injuries received by a fifteen year old child.

Since we conclude that no prejudicial error was committed, the motion for an appeal is overruled and the judgment is affirmed.